UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GREATER ST. LOUIS CONSTRUCTION , )
LABORERS WELFARE FUND, et al. )
   Plaintiff(s), )
                           )
vs. )        Case No. 4:06CV027HEA
                           )
AGR CONSTRUCTION COMPANY, )
                           )
   Defendant(s). )

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action

since the filing of the return of proof of service upon defendant(s) **AGR Construction Company**

on **February 6, 2006**.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this

order, file appropriate motions for entry of default and for default judgment, supported by all

necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 6th day of March , 2006.

HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE